# ORIGINAL

FILED

APR 22 2011

U.S. COURT OF
FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| CHEETAH OMNI, LLC, | § |
| | § |
| Plaintiff, | § |
| | § |
| vs. | § Case No. **11-255 C** |
| | § |
| THE UNITED STATES OF AMERICA, | § |
| | § |
| Defendant. | § |
| | § |

## PLAINTIFF'S ORIGINAL COMPLAINT

Plaintiff Cheetah Omni, LLC ("Cheetah Omni") files this Original Complaint for patent infringement against The United States of America and alleges as follows:

### I. PARTIES

1.      Plaintiff Cheetah Omni is a Texas limited liability company having its principal place of business at 2500 Dallas Parkway, Suite 260, Plano, TX 75093.

2.      Defendant is the United States of America, having acted through the Department of the Army (and other agencies of the United States Government) in the procurement of devices that infringe United States Patent No. 7,633,673.

### II. JURISDICTION AND VENUE

3.      This action arises under the patent laws of the United States, Title 35 of the United Stated Code. The Court's jurisdiction over this action is proper under the above statutes, including 35 U.S.C. § 271 *et seq.*, and 28 U.S.C. § 1491 and §1498(a).

### III. BACKGROUND ALLEGATIONS

4.      United States Patent No. 7,633,673 ("the '673 patent"), titled "System And Method For Generating Infrared Light For Use In Medical Procedures," which duly and legally

1

issued on December 15, 2009 after a full and fair examination.  A true and correct copy of the '673 patent is attached hereto as Exhibit A.

5.      Cheetah Omni is the owner of all rights, title and interest in and to the '673 patent by assignment, with full right to bring suit to enforce the patent, including the right to recover for past infringement damages and the right to recover future royalties, damages, and income. Cheetah Omni has possessed the above-mentioned rights throughout The United States of America's infringing conduct.

6.      The '673 patent is valid and enforceable.

7.      The United States of America has at no time, either expressly or impliedly, been licensed under the '673 patent.

8.      On information and belief, to the extent any marking or notice was required by 35 U.S.C. § 287, Plaintiff and/or all predecessors in interest and/or implied or express licensees of the '673 patent, if any, have complied with the marking requirements of 35 U.S.C. § 287 by placing a notice of the '673 patent on all goods made, offered for sale, sold and/or imported into the United States that embody one or more claims of that patent and/or providing actual or constructive notice to The United States of America of its alleged infringement.

9.      Common Infrared Countermeasures (CIRCM) is the U.S. Department of Defense Program for equipping thousands of helicopters, fixed wing, and tilt rotorcraft with spherical protection from man-portable air defense systems and other heat-seeking munitions. The CIRCM capability is a laser based IR countermeasures solution against current and future IR threat systems.

10.     On information and belief, on July 23, 2009, the U.S. Army issued a request for Information (Solicitation No. W15P7T-09-X-XXXX) soliciting information and comments for

its Common Infrared Countermeasures (CIRCM) program.   The request set forth basic requirements for participating in the CIRCM bid process.

11.     On information and belief, on May 10, 2010, the U.S. Army issued a draft request for proposals (Solicitation No. W58RGZ-10-R-0129) for the CIRCM contract.  The draft request for proposal set for the requirements necessary to integrate a laser based CIRCM system to the Common Missile Warning System (CMWS) and began the Technology Demonstration (TD) Phase for the CIRCM program.

12.     On information and belief, the intent of the TD phase is to develop and test mature CIRCM prototypes to demonstrate Probability of countermeasure (Pcm), reliability, and safety of flight performance. During the TD phase vendors must deliver 12 sets of initial prototypes. The first six (6) sets must be delivered nine (9) months after contract award and the second six (6) sets must be delivered ten (10) months after contract award. The TD phase will culminate in a PDR that incorporates all lessons learned through testing into a design that can be detailed in EMD.

13.     By issuing its requests for information and proposals, The United States of America is a consumer and user of the fiber lasers described by the claims of the '673 Patent.

### IV. COUNT 1 – INFRINGEMENT OF THE '673 PATENT

14.     Plaintiff hereby re-alleges and incorporates all preceding paragraphs.

15.     On information and belief, at least the Boldstroke™ System, developed and produced by BAE Systems, incorporates the invention described in and covered by the claims of the '673 patent.

16.     The United States of America has infringed and continues to infringe the '673 patent because the invention described in and covered the claims of the '673 patent, has been and

3

is being used by and has been and is being manufactured for the United States without license of the owner thereof or lawful right to use or manufacture the same in violation of § 271(a).

17.     By using and soliciting the manufacture of, without authority, products that fall within the scope of the claims of the '673 patent, The United States of America has also induced infringement of the '673 patent under 35 U.S.C. § 271(b), and have contributed to the infringement of the '673 patent under 35 U.S.C. § 271(c).   The infringing products have no substantial non-infringing uses.

18.     For example, The United States of America has used and continues to promote the manufacture of instrumentalities that practice a mid-infrared light source, comprising: a multiplexer operable to combine a first laser signal and a second laser signal to generate a first optical signal, the first optical signal comprising one or more wavelengths; a gain fiber coupled to the multiplexer and operable to receive at least the first optical signal, the gain fiber comprising a first waveguide structure; a second waveguide structure coupled to the gain fiber and operable to wavelength shift at least one wavelength of the first optical signal to a longer wavelength optical signal, the longer wavelength optical signal comprising a wavelength in the range of 1.7 microns or more, the second waveguide structure comprising a wavelength shifting fiber coupled to a nonlinear element, wherein the wavelength shifting fiber operates to wavelength shift the at least one wavelength of the first optical signal to a second optical wavelength and the nonlinear element operates to wavelength shift the second optical wavelength to the longer wavelength optical signal, and wherein the wavelength shifting fiber is substantially different than the nonlinear element.

19.     As another example, The United States of America has used and continues to promote instrumentalities that practice a mid-infrared light source, comprising: a multiplexer

4

operable to combine a first laser signal and a second laser signal to generate a first optical signal, the first optical signal comprising one or more wavelengths; a gain fiber coupled to the multiplexer and operable to receive at least the first optical signal; a wavelength shifting structure coupled to the gain fiber and operable to wavelength shift at least one wavelength of the first optical signal to a longer wavelength optical signal, the longer wavelength optical signal comprising a wavelength in the range of 1.7 microns or more, the wavelength shifting structure comprising a wavelength shifting fiber coupled to a nonlinear oscillator, wherein the wavelength shifting fiber operates to wavelength shift the at least one wavelength of the first optical signal to a second optical wavelength and the nonlinear oscillator operates to wavelength shift the second optical wavelength to the longer wavelength optical signal, and wherein the wavelength shifting fiber is substantially different than the nonlinear oscillator.

20.     Cheetah Omni has no adequate remedy at law against The United States of America's acts of patent infringement.  Unless The United States of America is permanently enjoined from their unlawful and willful infringement of the '673 patent, Cheetah Omni will suffer irreparable harm.

21.     As a direct and proximate result of The United States of America's acts of patent infringement, Cheetah Omni has been and continues to be irreparably damaged and deprived of its rights in the '673 patent in amounts not yet determined, and for which Cheetah Omni is entitled to relief.

22.     Cheetah Omni has incurred and will incur attorneys' fees, costs, and expenses in the prosecution of this action.  The circumstances of this dispute create an exceptional case within the meaning of 35 U.S.C. § 285, and Cheetah Omni is entitled to recover its reasonable and necessary attorneys' fees, costs, and expenses.

## IV. JURY DEMAND

In accordance with Federal Rules of Civil Procedure 38 and 39, Plaintiff Cheetah Omni, LLC asserts its rights under the Seventh Amendment of the United States Constitution and demands a trial by jury on all issues.

## V. PRAYER FOR RELIEF

Plaintiff Cheetah Omni, LLC respectfully requests that judgment be entered in its favor and against The United States and respectfully requests that the Court grant the following relief to Cheetah Omni, LLC:

(a)     Declare that the '673 patent is valid and enforceable;

(b)     Declare that The United States of America is liable for past and present direct infringement, both literally and under the doctrine of equivalents, of the '673 patent;

(c)     Declare that The United States of America is liable for inducing infringement and contributing to infringement of the '673 patent, both in the past and presently;

(d)     Award damages to Cheetah Omni to which it is entitled for patent infringement of the '673 patent;

(e)     Enter a preliminary, and thereafter, permanent injunction against The United States of America for its acts of direct infringement of the '673 patent;

(f)     Enter a preliminary, and thereafter, permanent injunction against The United States of America for active inducement of infringement and/or contributory infringement of the '673 patent by others;

(g)     Award Cheetah Omni LLC its expenses, costs, and attorneys fees pursuant to 35 U.S.C. § 285;

(h)     Award interest on Cheetah Omni LLC's damages; and

(i)      Such other relief as the Court deems just and proper.


Dated: April 18, 2011                              Respectfully submitted,


/s/ *Winston O. Huff*
Winston O. Huff, Attorney in Charge
State Bar No. 24068745
Navarro Huff, PLLC
302 N. Market Street, Suite 450
Dallas, TX 75202
214.749.1220 (firm)
214.749.1233 (fax)
**whuff@navarrohuff.com**

ATTORNEYS FOR PLAINTIFF
CHEETAH OMNI, LLC

# EXHIBIT A



US007633673B1

(12) **United States Patent**
Islam

(10) Patent No.: **US 7,633,673 B1**
(45) Date of Patent: **\*Dec. 15, 2009**

(54) **SYSTEM AND METHOD FOR GENERATING INFRARED LIGHT FOR USE IN MEDICAL PROCEDURES**

(75) Inventor: **Mohammed N. Islam**, Ann Arbor, MI (US)

(73) Assignee: **Cheetah Omni, LLC**, Ann Arbor, MI (US)

( \* ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **12/206,432**

(22) Filed: **Sep. 8, 2008**

**Related U.S. Application Data**

(62) Division of application No. 10/812,608, filed on Mar. 30, 2004, now Pat. No. 7,433,116.

(51) Int. Cl.
*H01S 3/00* (2006.01)

(52) U.S. Cl. .............................. 359/333; 359/334; 372/6

(58) Field of Classification Search ................. 359/333, 359/334; 372/6
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,063,106 A | 12/1977 | Ashkin et al. | |
| 4,158,750 A | 6/1979 | Sakoe et al. | 179/1 |
| 4,221,997 A | 9/1980 | Flemming | 318/574 |
| 4,275,266 A | 6/1981 | Lasar | 179/1 |
| 4,374,618 A | 2/1983 | Howard | 355/50 |
| 4,403,605 A | 9/1983 | Tanikawa | 128/6 |
| 4,462,080 A | 7/1984 | Johnstone et al. | 364/513.5 |
| 4,516,207 A | 5/1985 | Moriyama et al. | 364/424 |
| 4,523,884 A | 6/1985 | Clement et al. | 414/8 |
| 4,605,080 A | 8/1986 | Lemelson | 177/4 |

| | | | |
|---|---|---|---|
| 4,641,292 A | 2/1987 | Tunnell et al. | 367/198 |
| 4,704,696 A | 11/1987 | Reimer et al. | 364/513.5 |
| 4,728,974 A | 3/1988 | Nio et al. | 354/81 |
| 4,762,455 A | 8/1988 | Coughlan et al. | 414/4 |
| 4,776,016 A | 10/1988 | Hansen | 381/42 |
| 4,958,910 A | 9/1990 | Taylor et al. | 350/321 |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 1 148 666 A2 | 10/2001 |

(Continued)

OTHER PUBLICATIONS

U.S. Appl. No. 10/812,608, "System and Method for Voice Control of Medical Devices," by Mohammad N. Islam, filed Mar. 30, 2004.

(Continued)

*Primary Examiner* - Mark Hellner
(74) *Attorney, Agent, or Firm*—Baker Botts L.L.P.

(57) **ABSTRACT**

A medical device includes an insertable portion capable of being inserted into an orifice associated with a body of a patient. The insertable portion comprising an automated head unit capable of being manipulated in at least two axes of motion based at least in part on one or more control signals. The medical device further includes one or more controllers coupled to the automated head unit. In one particular embodiment, the one or more controllers generate the one or more control signals based at least in part on an input signal.

**20 Claims, 7 Drawing Sheets**



## US 7,633,673 B1
### Page 2

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,989,253 A | 1/1991 | Liang et al. | 381/110 |
| 5,078,140 A | 1/1992 | Kwoh | 128/653.1 |
| 5,084,880 A | 1/1992 | Esterowitz et al. | 372/6 |
| 5,086,401 A | 2/1992 | Glassman et al. | 395/94 |
| 5,134,620 A | 7/1992 | Huber | |
| 5,142,930 A | 9/1992 | Allen et al. | 74/469 |
| 5,180,378 A | 1/1993 | Kung et al. | 606/10 |
| 5,191,628 A | 3/1993 | Byron | 385/27 |
| 5,218,655 A | 6/1993 | Mizrahi | |
| 5,230,023 A | 7/1993 | Nakano | 381/110 |
| 5,267,256 A | 11/1993 | Saruwatari et al. | 372/94 |
| 5,267,323 A | 11/1993 | Kimura | 381/110 |
| 5,300,097 A | 4/1994 | Lerner et al. | |
| 5,303,148 A | 4/1994 | Mattson et al. | 364/413.01 |
| 5,305,427 A | 4/1994 | Nagata | 395/94 |
| 5,313,306 A | 5/1994 | Kuhan et al. | 348/65 |
| 5,323,404 A | 6/1994 | Grubb | |
| 5,345,538 A | 9/1994 | Narayannan et al. | 395/2.84 |
| 5,408,409 A | 4/1995 | Glassman et al. | 364/413.3 |
| 5,544,654 A | 8/1996 | Murphy et al. | 128/660.07 |
| 5,572,999 A | 11/1996 | Funda et al. | 128/653.1 |
| 5,695,493 A | 12/1997 | Nakajima et al. | 606/13 |
| 5,696,778 A | 12/1997 | McPherson | 372/4 |
| 5,792,204 A | 8/1998 | Snell | 607/32 |
| 5,812,978 A | 9/1998 | Nolan | 704/275 |
| 5,950,629 A | 9/1999 | Taylor et al. | 128/897 |
| 5,970,457 A | 10/1999 | Brant et al. | 704/275 |
| 6,014,240 A | 1/2000 | Fermann et al. | 359/341 |
| 6,185,535 B1 | 2/2001 | Hedin et al. | 704/270 |
| 6,200,309 B1 | 3/2001 | Rice et al. | 606/10 |
| 6,224,542 B1 | 5/2001 | Chang et al. | 600/109 |
| 6,246,707 B1 | 6/2001 | Yin et al. | 372/25 |
| 6,273,858 B1 | 8/2001 | Fox et al. | 600/466 |
| 6,278,975 B1 | 8/2001 | Brant et al. | 704/275 |
| 6,301,273 B1 | 10/2001 | Sanders et al. | 372/6 |
| 6,337,462 B1 | 1/2002 | Smart et al. | 219/121.68 |
| 6,340,806 B1 | 1/2002 | Smart et al. | 219/121.62 |
| 6,350,261 B1 | 2/2002 | Domankevitz et al. | |
| 6,374,006 B1 | 4/2002 | Islam et al. | |
| 6,407,853 B1 | 6/2002 | Samson et al. | 359/341.31 |
| 6,436,107 B1 | 8/2002 | Wang et al. | 606/139 |
| 6,442,430 B1 | 8/2002 | Ferek-Petric | 607/32 |
| 6,450,172 B1 | 9/2002 | Hartlaub et al. | 128/899 |
| 6,453,201 B1 | 9/2002 | Daum et al. | 607/62 |
| 6,458,120 B1 | 10/2002 | Shen et al. | 606/10 |
| 6,462,500 B1 | 10/2002 | L'Hegarat et al. | 318/649 |
| 6,463,361 B1 | 10/2002 | Wang et al. | 700/258 |
| 6,567,431 B2 | 5/2003 | Tabirian et al. | 372/4 |
| 6,605,080 B1 | 8/2003 | Altshuler et al. | |
| 6,625,180 B2 | 9/2003 | Bufetov et al. | 372/3 |
| 6,631,025 B2 | 10/2003 | Islam et al. | 359/334 |
| 6,659,999 B1 | 12/2003 | Anderson et al. | |
| 6,760,148 B2 | 7/2004 | Islam | 359/334 |
| 6,885,498 B2 | 4/2005 | Islam | 395/334 |
| 6,885,683 B1 | 4/2005 | Fermann et al. | 372/25 |

| | | | |
|---|---|---|---|
| 6,943,936 B2 | 9/2005 | Islam et al. | 359/108 |
| 7,027,467 B2 | 4/2006 | Baev et al. | 372/6 |
| 7,060,061 B2 | 6/2006 | Altshuler et al. | |
| 7,167,300 B2 | 1/2007 | Fermann et al. | 359/337.5 |
| 7,259,906 B1 * | 8/2007 | Islam | 359/334 |
| 7,433,116 B1 * | 10/2008 | Islam | 359/333 |
| 2002/0032468 A1 | 3/2002 | Hill et al. | 607/2 |
| 2002/0082612 A1 | 6/2002 | Moll et al. | 606/130 |
| 2002/0128846 A1 | 9/2002 | Miller | 704/275 |
| 2002/0178003 A1 | 11/2002 | Gehrke et al. | 704/246 |
| 2004/0174914 A1 | 9/2004 | Fukakusa | 372/20 |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| WO | WO 97/15240 | 5/1997 |
| WO | WO 97/49340 | 12/1997 |
| WO | WO 01/50959 A1 | 7/2001 |

OTHER PUBLICATIONS

G.S. Edwards et al., "Free-electron-laser-based biophysical and biomedical instrumentation," American Institute of Physics, vol. 74, No. 7, pp. 3207-3245, 2003.

Computer Motion, Inc., "501(k) Summary -Zeus® MicroWrist™ Surgical System and Accessories," 6 pages, Sep. 24, 2002.

Computer Motion, Inc., "HERMES™ O.R. Control Center—510(k) Summary of Safety and Effectiveness," 5 pages, Oct. 11, 2002.

K.M. Joos, et al. "Optic Nerve Sheath Fenestration with a Novel Wavelength Produced by the Free Electron Laser (FEL)," Lasers in Surgery and Medicine, 27:191-205, 2000.

J. Sanghera, I. Aggarwal, "IR Fiber Optics at NRL," 10 pages.

J. Sanghera, L.B. Shaw, I.D. Aggarwal, "Applications of chalcogenide glass optical fibers," Academic of Science, pp. 1-11, 2003.

B. Rigas, P.T.T. Wong, "Human Colon Adenocarcinoma Cell Lines Display Infrared Spectroscopic Features," Cancer Research, pp. 84-88, Jan. 1, 1992.

G. Edwards, et al., "Comparison of OPA and Mark-III FEL for Tissue Ablation at 6.45 Microns," Department of Physics and Free Electron Laser Laboratory, Duke University, 7 pages.

Glenn Edwards, "Biomedical and potential clinical applications for pulsed lasers operating near 6.45 μm," Society of Photo-Optical Instrumentation Engineers, 2 pages, 1995.

Passat, "Solid-State Lasers and Optical Components," 5 pages, Jul. 14, 2003.

P.A. Thielen and L.B. Shaw, et al., "Small-core As—Se fiber for Raman amplification," Optics Letters, vol. 28, No. 16, 3 pages, Aug. 15, 2003.

Islam, "System and Method for Voice Control of Medical devices," U.S. Appl. No. 10/652,276, 55 pages, filed Aug. 29, 2003.

Islam, "System and Method for Voice Control of Medical devices," U.S. Appl. No. 10/757,341, 68 pages, filed Jan. 13, 2004.

R.Rox Anderson, et al., "Selective Photothermolysis: Precise Microsurgery by Selective Absorption of Pulsed Radiation," Department of Dermatology, Harvard Medical School, Science, vol. 220, 4 pages, Apr. 29, 1983.

* cited by examiner



FIG. 1



*FIG. 2*



FIG. 3



*FIG. 4*



*FIG. 6A*



*FIG. 5*



*FIG. 6B*



FIG. 7



FIG. 8A



FIG. 8B

FIG. 8C

*FIG. 8D*



870    866    867    864    865    863    868    872    860

*FIG. 9A*



900

*FIG. 9B*



920    922    924

*FIG. 9C*



942a    943a    940    942b    943b    944

US 7,633,673 B1

**1**

# SYSTEM AND METHOD FOR GENERATING INFRARED LIGHT FOR USE IN MEDICAL PROCEDURES

## RELATED APPLICATIONS

This application is a divisional of U.S. patent application Ser. No. 10/812,608, entitled "System and Method for Voice Control of Medical Devices" filed Mar. 30, 2004, which is a continuation of U.S. patent application Ser. No. 10/757,341, entitled "System and Method for Voice Control of Medical Devices" filed Jan. 13, 2004, which is a continuation of U.S. patent application Ser. No. 10/652,276 entitled "System and Method for Voice Control of Medical Devices" filed Aug. 29, 2003. Application Ser. No. 10/652,276 claims the benefit under 35 U.S.C. §119(e) to U.S. Provisional Patent Application No. 60/408,025 entitled "Voice Control of Medical Instruments and Devices" filed Sep. 3, 2002.

## TECHNICAL FIELD OF INVENTION

This invention relates generally to medical devices and more particularly to a system and method for voice control of medical devices.

## OVERVIEW

Medical procedures typically use medical instruments or devices that tend to require a high level of manual dexterity on the part of medical professionals. To achieve this high level of dexterity, medical professionals require years of training and practice. This high level of dexterity and the strain imposed on the medical professional when using those instruments can cause the medical professional to become fatigued during medical procedures. For example, certain medical instruments require the medical professional to use both hands and to stand next to the patient, sometimes in an awkward position through the entire procedure. This can create fatigue, thereby limiting the number of procedures that the medical professional is able to perform in a given period. In addition, the high level of fatigue may lead to unnecessary and dangerous errors occurring during medical procedures.

## SUMMARY OF EXAMPLE EMBODIMENTS

In one embodiment, a medical device comprises an insertable portion capable of being inserted into an orifice associated with a body of a patient. The insertable portion comprising an automated head unit capable of being manipulated in at least two axes of motion based at least in part on one or more control signals. The medical device further comprises one or more controllers coupled to the automated head unit. In one particular embodiment, the one or more controllers generate the one or more control signals based at least in part on an input signal.

In another embodiment, a medical device capable of minimizing tissue damage comprises an insertable portion capable of being inserted into an orifice associated with a body of a patient. The medical device further comprises one or more sensors coupled to the insertable portion. The one or more sensors capable of generating a feedback signal capable of being used to substantially minimize damage to tissue associated with the patient.

In yet another embodiment, a medical device capable of being used in a medical procedure comprises a pump signal. The medical device further comprises a Raman wavelength shifter coupled to the

**2**

pump laser, at least a portion of the wavelength shifter comprising a waveguide structure. In one particular embodiment, the Raman wavelength shifter generates an output optical signal comprising a wavelength of approximately 1.7 microns or more.

In still another embodiment, a medical device capable of being used in a medical procedure comprises a Raman wavelength shifter operable to generate an optical signal comprising a mid-infrared wavelength. At least a portion of the Raman wavelength shifter comprises a chalcogenide waveguide.

In another embodiment, a system for controlling a medical device includes a monitor capable of communicating medical information associated with a patient and a communication device capable of receiving one or more input signals from a user. In one particular embodiment, the one or more input signals are based at least in part on the medical information displayed on the monitor. The system further includes one or more processors coupled to the communicated device and operable to convert the one or more input signals into one or more control signals capable of being used to manipulate a medical device.

Depending on the specific features implemented, particular embodiments may exhibit some, none, or all of the following technical advantages. Various embodiments may be capable of reducing medical professional fatigue through the implementation of a control system capable of manipulating a medical device through voice commands. Some embodiments may be capable of controlling a medical device from a remote location. Other embodiments may be capable of reducing the level of dexterity required of a medical professional when performing a medical procedure.

Other technical advantages will be readily apparent to one skilled in the art from the following figures, description, and claims. Moreover, while specific advantages have been enumerated, various embodiments may include all, some, or none of the enumerated advantages.

## BRIEF DESCRIPTION OF THE DRAWINGS

To provide a more complete understanding of the present invention and certain features and advantages, thereof, reference is made to the following description taken in conjunction with the accompanying drawings, in which:

FIG. 1 illustrates one example embodiment of a medical device control system;

FIG. 2 illustrates another example embodiment of a medical device control system;

FIG. 3 illustrates an example medical device capable of being inserted into a patient's body during a medical procedure;

FIG. 4 is a block diagram illustrating a flow of command signals from a medical professional to a medical device in a medical device control system;

FIG. 5 is a flow chart illustrating an exemplary method for processing a voice control signal and/or a command signal received by a medical device control system;

FIG. 6A compares a surgical incision made using a 2.94 micron optical signal wavelength to a surgical incision made using a 6.45 micron optical signal wavelength;

FIG. 6B illustrates example evanescent spectra in different cell-type regions;

FIG. 7 illustrates example attenuation characteristics of several optical fibers based on wavelength;

FIGS. 8A through 8D are block diagrams illustrating example embodiments of Raman wavelength shifters and/or

US 7,633,673 B1

3

Raman oscillators capable of shifting a pump signal to an output signal wavelength of 1.7 microns or more; and

FIGS. 9A through 9C are block diagrams illustrating example embodiments of pump sources that are capable of generating a pump signal for use in a Raman wavelength shifter.

DESCRIPTION OF EXAMPLE EMBODIMENTS

FIG. 1 illustrates one example embodiment of a medical device control system 100. In this example, system 100 includes a medical device 10, a manipulator 40, a microphone 50, a display device 60, and a host 70. In various embodiments, system 100 may be capable of receiving voice commands associated with the manipulation of medical device 10 from a medical professional, such as a nurse, a medical assistant, a medical technician, and/or a doctor. In some cases, system 100 is capable of assisting a medical professional during a medical procedure by processing data signals associated with one or more voice commands and manipulating medical device 10 in response to those commands.

Medical device 10 may comprise any device or instrument that a medical professional needs to perform a medical procedure. Medical device 10 can comprise, for example, a surgical scalpel, a scope, a laser, an imaging device, a microscope, or a combination of these or any other suitable device. As used throughout this document, the term "scope" refers to any medical device capable of entering a patient's body, such as endoscopes, colonoscopes, gastroscopes, enteroscopes, bronchoscopes, laryngoscopes, choledochoscopes, sigmoidoscopes, duodenoscopes, arthroscopes, cystoscopes, hysteroscopes, laparoscopes, or a combination of these or any other suitable device.

In one particular embodiment, medical device 10 comprises an endoscope. In those cases, the endoscope may comprise an insertable portion capable of being inserted through an orifice associated with a patient. In other embodiments, the insertable portion may be capable of being guided through the patient's orifice, and capable of collecting biological samples from the patient for investigation. The orifice associated with the patient may comprise, for example, a throat, a mouth, a nasal passage, an orifice created by the medical professional, and/or any other suitable orifice. In some embodiments, medical device 10 may include a fiber-optic cable with a lens system at the end that is capable of sending images to a camera and/or a display device, such as display device 60.

In other embodiments, medical device 10 may comprise one or more sensors coupled to feedback control circuitry that is capable of minimizing collateral tissue damage during a medical procedure. In various embodiments, the one or more sensors and the control circuitry may be capable of providing positioning information to a medical professional and/or a controller, such as system controller 90. In other embodiments, the one or more sensors and the control circuitry may be capable of providing data associated with one or more physiological parameters associated with the patient to a medical professional and/or a controller. In some cases, the one or more sensors may be capable of detecting and/or alerting a medical professional or a controller when medical device 10 is in close proximity to and/or in contact with tissue. In other cases, the one or more sensors and the control circuitry may be capable of detecting when medical device 10 is in contact with tissue and capable of overriding control signals received by medical device 10.

In this example, manipulator 40 includes an actuation unit 20 and a supporting structure 30. Actuation unit 20 may house one or more control systems capable of receiving control signals and manipulating medical device 10 in response to those control signals. The one or more control systems may comprise, for example, a mechanical control system, an electrical control system, or a combination of these or any other control system. As used throughout this document, the phrase "mechanical control system" refers to a control system that at least partially includes mechanical components. In various embodiments, actuation unit 20 can implement a mechanical control system, such as a hydraulic system, pneumatic system, or a pulley guide-wire system.

Supporting structure 30 may comprise a robotic arm, one or more pivoted links, multiple links connected together to move is a "scissor-like" manner, or any other structure capable of supporting and manipulating medical device 10. Although this example depicts manipulator 40 and medical device 10 as separate devices, manipulator 40 and medical device 10 can comprise a unitary medical apparatus capable of performing the desired functionalities without departing from the scope of the present disclosure. For example, manipulator 40 and medical device 10 can be combined to form a unitary medical apparatus, such as an endoscope, have an automated portion.

In some embodiments, a freedom of motion associated with manipulator 40 can have a resolution that substantially replicates the manual dexterity of a medical professional and/or a manual medical device used by the medical professional. In some cases, manipulator 40 may have a step size and/or angle of rotation step size that is substantially similar to the manual dexterity of a medical professional and/or a manual medical device used by the medical professional. For example, the number of degrees of manipulation freedom associated with medical device 10 can match the number of degrees of manipulation freedom currently available on manual devices. That is, if a conventional manual device that has four degrees of freedom in the x-y plane, then the range of motion associated with manipulator 40 can include at least four degrees of freedom in the x-y plane. In some embodiments, manipulator 40 may include manual override controls that allow a medical professional to exercise manual control of medical device 10.

Manipulator 40 is coupled to host 70 through a first communication link 45. As used throughout this document, the term "couple" and/or "coupled" refers to any direct or indirect communication between two or more elements, whether or not those elements are in physical contact with one another. In this example, first communication link 45 is operable to facilitate the communication of command/data signals 47 between manipulator 40 and host 70. Command/data signals 47 may comprise, for example, video signals from a video device coupled to medical device 10, data obtained by sensors coupled to medical device 10, or manipulation commands generated in response to voice commands, auxiliary input commands, and/or automated commands.

In this example, host 70 is capable of performing a desired communicating and/or computing functionality. For example, host 70 may be capable of at least partially contributing to the manipulation of medical device 10. In other embodiments, host 70 may be capable of collecting, entering, processing, storing, retrieving, amending, and/or dispatching medical data during a medical procedure. In operation, host 70 may execute with any of the well-known MS-DOS, PC-DOS, OS-2, MAC-OS, WINDOWS™, UNIX, or other appropriate operating systems. In some embodiments, host 70 may include a graphical user interface (GUI) 72 that enables a medical professional to display medical data and/or medical video associated with medical device 10. Host 70 may comprise, for example, a desktop computer, a laptop

5

computer, a server computer, a personal digital assistant, and/or any other computing or communicating device or combination of devices.

In this embodiment, host 70 includes system controller 90 capable of processing, collecting, storing, retrieving, and/or amending medical data and/or video during a medical procedure. System controller 90 may comprise one or more computers, an embedded microprocessor, or any other appropriate device or combination of devices capable of processing and/or generating voice command signals 47 and/or 57. In operation, system controller 90 may execute with any of the well-known MS-DOS, PC-DOS, OS-2, MAC-OS, WIN-DOWS™, UNIX, or other appropriate operating systems. In this embodiment, system controller 90 may implement voice recognition software operable to process voice command signals 57. For example, system controller 90 may implement one or more voice recognition software programs, such as ViaVoice or Dragon Speech Recognition software, or any appropriate proprietary or non-proprietary voice recognition software. In certain embodiments, the voice recognition software may be programmed to recognize the medical professional's voice and commands may be customized to the medical professional's preferences. In addition, the voice recognition software may be capable of filtering out background noise.

System controller 90 is operable to process voice command signals 57, generate command/data signals 47 in response to the voice command, and communicate the command/data signals 47 to manipulator 40. System controller 90 may also be used to collect and record data using a memory storage device. System controller 90 may be operable to provide data associated with a patient's medical status during a medical procedure to the medical professional using display device 60 and/or GUI 72, or any other appropriate devices.

In this embodiment, host 70 also includes an auxiliary input device 80 coupled to system controller 90. Although a keyboard is depicted in this example, any other device capable of inputting commands and/or data may be used without departing from the scope of this disclosure. In this example, auxiliary device 80 is operable to facilitate manual entry of manipulation commands to supplement and/or replace voice commands. In addition, the medical professional may use auxiliary device 80 to input data into system controller 90, such as the patient's physiological parameters, for example, blood pressure, heart rate, blood oxygen level, or to retrieve data stored in a memory device associated with host 70.

In this example, system 100 also includes display device 60 and a graphical user interface (GIU) 72, each capable of displaying medical information, such as medical data and/or medical video. Display device 60 and GUI 72 may comprise, for example, a monitor, a LED, a heads-up display, virtual reality goggles, a closed-circuit television, a CAVE environment, or any other device or combination of devices capable of displaying. In some cases, display device 60 and GUI 72 may display a live video image from a video device associated with medical device 10, information about a patient's medical status, such as the current state of any number of the patient's physiological parameters, information about the particular medical device 10 being used, or any other information that may assist a medical professional during a medical procedure. In this example, display device 60 is coupled to host 70 through a third communication link 65, which is operable to facilitate the communication of data signals 67 to and/or from host 70.

In this example, system 100 also includes communication device 50 that enables a medical professional to communicate

6

with host 70. Communication device 50 can comprise any device that enables a medical professional to communicate with host 70. Communication device 50 may comprise, for example, a telephone, a wireless device, a voice-over-IP device, a unidirectional microphone attached to a headset worn by a medical professional, a bi-directional microphone, or any other suitable communicating device or combination of devices. Communication device 50 may be selectively attached to and/or placed near the medical professional for ease of use. Attaching communication device 50 to the medical professional can, in some cases, advantageously minimize background noise. Although system 100 includes one communication device 50 in this example, any other number of communication devices may be used without departing from the scope of the present disclosure. Communication device 50 is coupled to host 70 through a second communication link 55, which is operable to facilitate the communication of voice command signals 57 between communication device 50 and host 70.

In the illustrated embodiment, system 100 includes at least a first communications link 45 a second communications link 55, and a third communications link 65 each operable to facilitate the communication of data to and/or from host 70. Communications links 45, 55, and 65 may include any hardware, software, firmware, or combination thereof. In various embodiments, communications link 45, 55, and 65 may comprise any communications medium capable of assisting in the communication of analog and/or digital signals. Communications links 45, 55, and 65 may, for example, comprise a twisted-pair copper telephone line, a fiber optic line, a Digital Subscriber Line (DSL), a wireless link, a USB bus, a PCI bus, an Ethernet interface, or any other suitable interface operable to assist in the communication of information to and/or from network 104.

In conventional medical procedures involving a scope, a medical professional manually manipulates the medical device based on feedback from the medical device. The medical device and guide it into and through a patient's body. The medical professional's other hand is used to manipulate the manual controls of the medical device. Thus, conventional systems typically require significant manual dexterity, which can result in a significant amount of strain on the medical professional.

Unlike conventional procedures, system 100 comprises a communication device 50 that enables a medical professional to manipulate medical device 10 using voice commands, auxiliary input commands, and/or automated commands. Allowing a medical professional to use voice commands and/or automated commands can significantly reduce the manual dexterity, and the resulting strain, imposed on the medical professional during a medical procedure.

In operation, a medical professional can speak voice commands into communication device 50 for communication to host 70. Host 70 receives voice command signals 57 from communication device 50 and processes those signals using a voice recognition module associated with host 70. Host 70 converts the voice command signals into command/data signals 47 and communicates signals 47 to manipulator 40. Manipulator 40 responds by causing medical device 10 to perform its desired function. Voice commands may comprise, for example, a voice to take a photograph of a portion of the patient's body, a voice command to change an image size by zooming in or out, or any other suitable voice command capable of causing medical device 10 to perform its functionality. In other embodiments, host 70 is capable of automati-

US 7,633,673 B1

7

cally generating command/data signals 47 based at least in part on data received from medical device 10 through communication link 47.

FIG. 2 illustrates another example embodiment of a medical device control system 300. System 300 includes system 150 for remote manipulation of a medical device 210 and system 200 for voice control of medical device 210. In this example, system 150 is capable of controlling at least a portion of system 200 from a remote location. For example, a medical professional may use system 150 to remotely control system 200 in the case where the medical professional is not located near system 200. The remote location may comprise, for example, a different location in the hospital that includes system 200, a location in a different hospital, or any other location.

System 150 can include a communication device 155, a display device 160, a first auxiliary input device 165, and a second auxiliary input device 180. The structure and function of communication device 155, display device 160, and second auxiliary input device 180 can be substantially similar to the structure and function of communication device 50, display device 60, and auxiliary input device 80, respectively, of FIG. 1. First auxiliary input device 165 may comprise, for example, a joystick, a computer mouse, a rollerball, knobs, levers, buttons, touchpads, touchscreens, or any other appropriate control device capable of being used to control manipulator 240. In this example, a medical professional can use first auxiliary input device 165 to control manipulator 240 from the remote location.

In this embodiment, system 200 includes a medical device 210, a manipulator 240, a communication device 250, and a display device 260. System 200 also includes a host 270 comprising GUI 272, a third auxiliary input device 280, and a system controller 290. Although host 270 resides within system 200 in this example, host 270 could reside within system 150 or could reside in any location accessible to system 300 without departing from the scope of the present disclosure. The structure and function of medical device 210, manipulator 240, communication device 250, display device 260, host 270, GUI 272, third auxiliary input device 280, and system controller 290 can be substantially similar to the structure and function of medical device 10, manipulator 40, communication device 50, display device 60, host 70, GUI 72, auxiliary input device 80, and system controller 90, respectively, of FIG. 1.

System 150 communicates with system 200 over communication link 305. Although communication link 305 comprises a single communication link in this example, any other number of communication links may be used without departing from the scope of the present disclosure. Communications link 305 may include any hardware, software, firmware, or combination thereof. In various embodiments, communications link 305 may comprise a communications medium capable of assisting in the communication of analog and/or digital signals. Communications link 305 may, for example, comprise a twisted-pair copper telephone line, a fiber optic line, a Digital Subscriber Line (DSL), a wireless link, a USB bus, a PCI bus, an Ethernet interface, or a combination of these or other elements.

In some embodiments, a first medical professional can manually insert medical device 210 into a patient. In those cases, system 200 can communicate data to a second medical professional using remote system 150 through communication link 305. The second medical professional, while monitoring display device 160, can remotely manipulate medical device 210 using voice instructions communicated through communication device 155 coupled to communication link

8

305 to host 270. In this manner, the medical professional using system 150 can substantially emulate a medical professional's manual control of medical device 210. In other embodiments, the medical professional can remotely manipulate medical device 210 using auxiliary devices 165 and/or 180. In an alternative embodiment, a medical professional can insert medical device 210 into a patient using system 200 locally or using system 150 remotely.

In addition to voice command control and/or auxiliary input device control, other methods of medical device control may be implemented. In some cases, system 150 and/or system 200 can implement a heads-up-display (HUD) capable of controlling and/or manipulating medical device 210 and/or manipulator 240. The HUD may be capable of projecting images onto or near the eyes of a medical professional and capable of sending command signals using a virtual control device attached to the medical professional. In another example, the medical professional may wear a helmet capable of manipulating medical device 210 and/or manipulator 240 based at least in part on command signals generated in response to a motion associated with the head of the medical professional. For example, rotation of the head to the right may indicate that the operator wants the medical device to move to the right.

FIG. 3 illustrates an example medical device 400. In various embodiments, at least a portion of medical device 400 may be inserted into a patient's body through an orifice during a medical procedure. The orifice may comprise, for example, the patient's throat or mouth, the patient's nasal passages, an incision made during surgery, or any other suitable orifice. In this particular example, medical device 400 comprises a scope. The scope may comprise, for example, an endoscope, a colonoscope, a gastroscope, a bronchoscope, a laryngoscope, a choledochoscope, a sigmoidoscope, a duodenoscope, a arthroscope, a cystoscope, a hysteroscope, a laparoscope, or a combination of these or any other suitable device. In various embodiments, medical device 400 can be controlled through, for example, voice commands, automated, auxiliary input command, automated commands, and/or manual commands. In some cases, medical device 400 can be coupled to a medical device control system, such as system 100 or system 300 of FIG. 1 and FIG. 2, respectively.

Medical device 400 includes a base portion 410 capable of controlling and/or at least partially contributing to the manipulation of an insertable portion 420. In this example, base portion 410 includes control system 435 capable of at least partially contributing to the control and/or the manipulation of insertable portion 420. Control system 435 may be capable of receiving, processing, executing, and/or communicating one or more signals associated with the manipulation of insertable portion 420. In various embodiments, these signals received by base portion 410 may comprise, for example, voice commands, auxiliary input commands, automated commands, physiological parameters, video data, positioning data, or a combination of these or other signal types.

In various embodiments, control system 435 may reside in a location outside of base portion 410 and/or may be partially or wholly included within base portion 410. Control systems 435 may comprise, for example, a mechanical control system, an electrical control system, an electro-mechanical control system, or a combination of these or any other suitable control system. The phrase "mechanical control system" refers to a control system that at least partially includes mechanical components. Mechanical control systems can include, for example, hydraulic components, pneumatic components,

US 7,633,673 B1

9

pulleys, guidewires, gears, actuators, pushrods, sprocket/
chain mechanisms, feedback control circuitry, or any other
suitable components.

In this particular embodiment, control system 435 includes
a manual override control module 411, an x-axis control
module 412, a y-axis control module 414, and a z-axis control
module 416. Control modules 411, 412, 414, and 416 may
include any hardware, software, firmware, or combination
thereof. In some embodiments, control modules 411, 412,
414, and 416 may comprise buttons, knobs, dials, control
circuitry, or any other suitable control input device. In this
particular embodiment, control modules 412, 414, and 416
operate to receive and process input signals from a medical
professional. In addition, control modules 412, 414, and 416
operate to at least partially contribute to the manipulation of
insertable portion 420. The input signals may comprise, for
example, voice commands, auxiliary input commands, and/or
manual input commands. In other embodiments, control
modules 412, 414, and 416 operate to receive and process
input signals from a host and/or system controller. For
example, a medical professional can use control modules
412, 414, and 416 to individually control medical device 400
in the x-, y-, and z-axes, respectively. In various embodi-
ments, override control module 411 may be capable of
enabling the medical professional to override the automatic
operation of medical device 400 as necessary during a medi-
cal procedure.

Control system 435 may also include touch-screen 417 and
controller 418. Controller 418 operates to combine the indi-
vidual control functions of control modules 412, 414, and 416
into a single controller. For example, a medical professional
can use controller 418 and/or touch-screen 417 to manually
control medical device 400 in the x-, y-, and z-axes, respec-
tively. Controller 418 can comprise any device capable of
controlling the manipulation of insertable portion 420. Con-
troller can comprise, for example, a joystick, a rollerball,
knobs, levers, buttons, or any other appropriate control
device.

Control system 435 further includes motors 436, pulleys
432, and guidewires 434. Although motors, pulleys, and
guidewires are used in this example, control system 435 can
include any other components capable of contributing to the
manipulation of insertable portion 420 without departing
from the scope of the present disclosure. In this example,
motors 436 operate to control the positioning of insertable
portion 420 based at least in part on control signals received
from modules 411, 412, 414, and 416, and/or controller 418.
Motors 436 operate to manipulate guidewires 434 coupled to
one end of insertable portion 420. In other embodiments, base
unit 410 includes actuators, pushrods, sprocket/chain mecha-
nisms, feedback control circuitry, or any other control mecha-
nism appropriate to control insertable portion 420.

In this example, pulleys 432 and motors 436 operate to
control the tension in guide wires 434. In some embodiments,
each guidewire 434 may comprise two or more segments,
each segment comprising a different radial stiffness. For
example, a first segment of guidewire 434 may be coupled to
pulley 432, and a second segment of guidewire 434 may be
coupled to an end of insertable portion 420. In that example,
the second segment of guidewire segment may have a radial
stiffness that is less than a radial stiffness associated with the
first segment guidewire. In various embodiments, the force
exerted by guidewires 434 can cause insertable portion 430 to
move in a corresponding manner.

Medical device 400 may also include insertable portion
420 connected to base portion 410 and capable of being
inserted into an orifice or incision in a patient's body during a

10

medical procedure. In this particular embodiment, a medical
profession can, using base portion 410, manipulate insertable
portion 420 in the patient's body to perform a medical pro-
cedure. In various embodiments, a medical professional can
control insertable portion 420 using voice commands, auxil-
iary input commands, automated commands, and/or manu-
ally.

In this example, insertable portion 420 includes a flexible
portion 430 and an automated head unit 440. In this particular
embodiment, one end of each guidewire 434 is connected to
one end of automated head unit 440, while the other end of
each guidewire 434 is connected to one of pulleys 432.
Although pulleys and guide wires are used to manipulate
automated head unit 440, any other appropriate control
mechanism may be used without departing from the scope of
the present disclosure. In this example, control system 435
operates to create tension in guide wires 434. The tension in
guidewires 434 operates to exert a force on automated head
unit 440, which causes automated head unit 440 to move in a
corresponding manner. For example, control system 435 may
operate to apply tension to one or more guidewires 434 cre-
ating a force in the x-plane, which causes automated head unit
440 to move in the x-plane. Any suitable movement of auto-
mated head unit 440 in the x-y plane tends to impart a corre-
sponding movement to flexible portion 430 in the x-y plane.

In this example, four guide wires 434 are used to manipu-
late automated head unit 440 with two guidewires 434 con-
nected along the x-axis and two guidewires 434 connected
along the y-axis. In an alternative embodiment, six or more
guidewires 434 may be positioned around the periphery of the
insertable portion 420, which can allow a medical profes-
sional more precise control of medical device 400. In some
cases, the movement of automated head unit 440 may be
controlled independently of the movement of flexible portion
430. In some embodiments, flexible portion 430 and auto-
mated head unit 440 may operate as "telescoping" tubes,
where automated head unit 440 may retract into and extend
from flexible portion 430 to adjust a length (L) of insertable
portion 420. Such a telescoping motion may be controlled
through the positioning of pulleys 432 and guidewires 434.

In this particular embodiment, control modules 412, 414,
and/or 416 receive and process command signals correspond-
ing to a desired manipulation of insertable portion 420. Con-
trol module 412 and control module 414 are operable to
control the motion of automated head unit 440 and the entire
insertable portion 420 in the x-axis and y-axis, respectively.
In some embodiments, control module 416 is operable to
adjust the distance that automated head unit 440 moves rela-
tive to flexible portion 430. In those cases, control module 416
is operable to cause motor 436 to position the pulleys 432 and
guidewires 434 so as to extend and retract automated head
unit 440 relative to flexible portion 430. Control module 412
and control module 414 are operable to independently control
the motion of automated head unit 440 regardless of length L,
enabling insertable portion 420 to have independent motion
in the x-, y-, and z-axes.

Insertable portion 420 may also include sensors 442 and a
camera 444. Although this example depicts sensors 442 as
being connected to automated head unit 440, sensors may be
connected to any portion of medical device 400 without
departing from the scope of the present disclosure. Injury may
occur when a medical professional accidentally or mistakenly
moves insertable portion 420 to contact tissue associated with
the patient, which can cause bruising or damage to the tissue.
Sensors 442 can comprise any device capable of providing
data and/or a signal to a medical professional. Sensors 442
may be capable of generating and transmitting, for example,

US 7,633,673 B1

11

positioning information associated with insertable portion 420, physiological information associated with the patient, control signals, a signal indicating the presence or absence of blood, or any other data. In one particular embodiment, sensors 442 are capable of generating and transmitting data associated with insertable portion's 420 proximity to tissue of the patient.

In other embodiments, sensors 442 may be capable of detecting a collision with tissue. In those cases, sensors 442 are capable of generating and transmitting a feedback signal to control modules 412, 414, 416, a host coupled to medical device 400, or a system controller coupled to medical device 400. For example, sensors 442 may communicate data indicating that wall tissue of a patient's orifice has been encountered and that device 400 may need to be directed away from that wall to prevent injury to the patient's tissue. In some embodiments, sensors 442 operate to generate alarms associated with medical device 400. For example, one or more sensors 442 may monitor the presence of blood in the orifice, so that the medical professional may be alerted to unexpected or excessive bleeding.

In operation, medical device 400 may be inserted into the patient by inserting insertable portion 420 into the appropriate orifice or incision. In some embodiments, a medical professional can insert medical device 400 into the patient. In other embodiments, the insertion of medical device 400 into the patient may be performed using a manipulator, such as system 100 and manipulator 40 of FIG. 1 or system 300 and manipulator 240 of FIG. 2.

In this particular embodiment, medical device 400 is capable of being manipulated in at least three axes of motion. That is, medical device 400 is capable of being manipulate in the x-axis, y-axis, and z-axis. In other embodiments, medical device 400 is capable of being manipulated in at least two axes of motion. In some embodiments, medical device 400 may be capable of manipulating insertable portion 420 one axis at a time. In other embodiments, medical device 400 may be capable of manipulating insertable portion 420 one axis at a time and manipulating insertable portion 420 along multiple axes substantially simultaneously. In this example, medical device 400 is capable of manipulating insertable portion 420 along multiple axes substantially simultaneously. As used throughout this document, the phrase "substantially simultaneously" refers to the manipulation of insertable portion 420 and/or automated head unit 440 in multiple axes in response to an input command before responding to a subsequent input command. For example, medical device 400 can manipulate insertable portion 420 along the z-axis and, during that manipulation, medical device 400 can also manipulate insertable portion 420 along the x-axis. In various embodiments, medical device 400 can manipulate automated head unit 440 independently of the movement of flexible portion 430.

FIG. 4 is a block diagram illustrating a flow of command signals from a medical professional to a medical device in a medical device control system 500. In various embodiments, medical device control system 500 can be substantially similar to control system 100 of FIG. 1 or control system 300 of FIG. 2. In this example, a communication device 550 receives a voice command 502 from a medical professional. In various embodiments, the structure and function of communication device 550 can be substantially similar to the structure and function of communication device 50 of FIG. 1. Communication device 550 operates to convert voice command 502 into an electrical voice command signal 504 and to communicate electrical voice command signal 504 to a system controller 590. In various embodiments, the structure and func-

12

tion of system controller 590 can be substantially similar to the structure and function of system controller 90 of FIG. 1.

In this particular embodiment, system controller 590 comprises a voice recognition module 592 capable of at least partially contributing to one or more functions of system controller 590. That is, voice control module 592 is not required to be capable of performing the desired functionality of system controller 590 alone, but may contribute to the performance of the function as part of a larger routine. In this example, voice recognition module 592 at least partially contributes to the conversion of voice command signal 504 to a control signal 506. Voice recognition module 592 may include any hardware, software, firmware, or any combination thereof that is capable of converting voice command signal 504 into control signal 506.

System controller 590 also includes a command generator module 594 capable of at least partially contributing to one or more functions of system controller 590. In this example, command generator module 594 operates to receive control signal 506 communicated from voice recognition module 592 and at least partially contributes to the conversion of control signal 506 into a command signal 508. Command generator 594 may comprise any hardware, software, firmware, or any combination thereof that is capable of converting control signal 506 into command signal 508. In this example, command generator module 594 communicates command signal 508 to a signal generator module 596 capable of at least partially contributing to one or more functions of system controller 590. In this example, signal generator module 596 at least partially contributes to the conversion of command signal 508 into an actuation signal 510. Signal generator 596 may comprise any hardware, software, firmware, or any combination thereof that is capable of converting command signal 508 into actuation signal 510.

In this example, system controller 590 communicates actuation signal 510 to a device control module 560 capable of manipulating a medical device 570. In various embodiments, the structure and function of device control module 560 can be substantially similar to the structure and function of actuation unit 20 of FIG. 1 or base portion 410 of FIG. 3. In various embodiments, the structure and function of medical device 570 can also be substantially similar to the structure and function of medical device 10 of FIG. 1 or medical device 570 of FIG. 3.

In various embodiments, device control module 560 may be capable of generating a feedback signal 512 and communicating feedback signal 512 to system controller 590. Feedback signal 512 may comprise, for example, positioning data associated with medical device 570, a video feed, a physiological parameter associated with a patient, or any other information associated with medical device 570, device control module 560, and/or a patient undergoing a medical procedure. In some embodiments, medical device 570 can communicate data 514 to system controller 590. Data 514 may comprise, for example, positioning data, one or more physiological parameters associated with a patient, a live video feed associated with a camera coupled to medical device 570, or any other data capable of being collected by medical device 570.

In various embodiments, system controller 590 may be capable of generating commands on its own based at least in part on data 514 and/or feedback signal 512 communicated from medical device 570 and/or device control module 560. For example, if medical device 570 comprises a scope with blood sensors, system controller 590 may stop the movement

US 7,633,673 B1

13

of the scope within a patient's body if data 514 is received from medical device 570 indicating that the patient is bleeding excessively.

In this example, system 500 also includes a display device 580 capable of displaying data associated with medical device 570 and/or a patient. The structure and functional of display device 580 can be substantially similar to the structure and function of display device 60 or GUI 72 of FIG. 1. Although system 500 includes a single display device in this example, any other number of display devices may be used without departing from the scope of the present disclosure. In some embodiments, system controller 590 can communicate an output signal 516 containing data associated with medical device 570 and/or a patient to display device 580.

In some embodiments, system 500 may also include an audio output device 587 capable of communicating data associated with medical device 570 and/or a patient. Audio output device 587 can comprise any device capable of providing an audio output signal, such as a speaker, headphones, an audio alarm device, or any other suitable audio output device. Although system 500 includes a single audio output device in this example, any other number of audio output devices may be used without departing from the scope of the present disclosure. In some embodiments, system controller 590 may communicate an audio output signal 516 to output device 587 so that the medical professional may receive the data associated with output signal 516 in audio format.

Although, in most cases, voice command 502 represents the primary control input into system 500, system 500 also includes an auxiliary input device 585 capable of generating a control signal 518. Control signal 518 can comprise data that is substantially similar to data contained within control signal 506. In various embodiments, the structure and function of auxiliary input device 585 can be substantially similar to the structure and function of auxiliary input devices 165 or 180 of FIG. 2. Although system 500 includes a single auxiliary input device in this example, any other number of auxiliary input devices may be used without departing from the scope of the present disclosure. In this particular embodiment, auxiliary input device 585 is coupled directly to command generator 594. In some embodiments, auxiliary input device 585 may also receive data signals 520 from system controller 590. For example, in a case where auxiliary input device 585 comprises a "force-feedback" joystick, signals 520 may comprise the feedback signal representing the force being exerted on medical device 570 by the patient's body.

FIG. 5 is a flow chart illustrating an exemplary method 600 for processing a voice control signal and/or a command signal received by a medical device control system. In one particular embodiment, voice control signals and/or command signals are received from system 100 of FIG. 1. Although system 100 is used in this example, any other system, such as systems 300 and 500 of FIGS. 2 and 4, respectively, may be used without departing from the scope of the present disclosure.

In this example, method 600 begins at step 602 where communication device 50 receives a voice command from a medical professional. Communication device 50 operates to convert the voice command into voice command signal 57 and communicates voice command signal 57 to host 70. In this particular example, host 70 includes a voice recognition module that processes voice command signal 57 into a control signal. In various embodiments, the structure and function of the voice recognition module can be substantially similar to voice recognition module 592 of FIG. 4. In this example, the voice recognition module further operates to identify the specific voice command represented by the control signal at step 606.

14

In some embodiments, identifying the specific voice command may be accomplished by comparing the received control signal with a list of pre-programmed commands stored in a memory device associated with host 70.

The voice recognition module validates the control signal at step 608. If the voice command is not recognized as a pre-programmed command, the invalid voice command is ignored and the method loops back to step 602. If the voice command is valid, the voice recognition module communicates the control signal to a command generator. In this example, the command generator operates to convert the control signal into a command signal representing the voice command at step 610. In various embodiments, the structure and function of the command generator can be substantially similar to the structure and function of command generator module 594 of FIG. 4.

In an alternate embodiment, auxiliary control signals capable of manipulating a medical device may be generated by an auxiliary input device at step 616. In various embodiments, the auxiliary input device may comprise, for example, auxiliary input devices 165 and/or 180 of FIG. 2. The auxiliary input device communicates the auxiliary control signal to the command generator, which converts the auxiliary control signal into a command signal at step 610. The command generator also operates to communicate the command signal to a signal generator.

In this example, the signal generator operates to convert the command signal into an actuation signal 47 representing the voice command of the medical professional at step 612. In various embodiments, the structure and function of the signal generator can be substantially similar to the structure and function of signal generator module 596 of FIG. 4. In this example, manipulator 40 and/or medical device 10 operates to receive and execute actuation signal 47 at step 614.

Medical devices, such as those are adapted to be inserted into the patient's body typically permit the introduction of a waveguide structure or other wired device through the patient's orifice. The waveguide structure can comprise, for example, an optical fiber, a hollow tube waveguide, an air core waveguide, a planar waveguide, or a combination of these or other devices. Examples of such additional devices include, for example, surgical knives, sample collectors, and/or cauterizing heads. In some cases, inserting a waveguide structure may enable, for example, the early detection of cancerous cells and may contribute to the removal of the cancerous cells. In various embodiments, the waveguide structure may communicate an optical signal wavelength of 1.7 microns or more.

In some embodiments, a waveguide structure may be implemented in a medical device that uses an optical signal wavelength in the mid-infrared (mid-IR) wavelength range to perform surgery and/or spectroscopy on a patient. In various embodiments, a wavelength in the mid-IR range comprises a wavelength between approximately two (2) microns and approximately ten (10) microns. In other embodiments, a wavelength in the mid-IR range comprises a wavelength between approximately five (5) and seven (7) microns. For light-based surgery and spectroscopy, it can be particularly advantageous to use an optical signal wavelength in the range between approximately 5 microns to approximately 7 microns to minimize tissue damage or collateral damage. In a particular embodiment, an optical signal having a wavelength of approximately 6.45 microns may be advantageously used for light-based surgery and/or spectroscopy.

In some embodiments, a Raman wavelength shifter coupled to a pump laser is capable of generating an optical signal wavelength in the mid-IR range. As used in this docu-

US 7,633,673 B1

15

ment, the phrase "Raman wavelength shifter" refers to any device that uses the Raman effect to shift a shorter optical signal wavelength to a longer optical signal wavelength. The Raman wavelength shifters may comprise, for example, one or more reflectors, one or more gratings, an optical fiber, or a combination of these or other elements. In various embodiments, the Raman wavelength shifter may comprise, for example, a chalcogenide glass fiber that is capable of shifting the shorter pump laser wavelength to a longer wavelength, such us a wavelength in the mid-IR region. The chalcogenide fiber may comprise, for example, a ZBLAN fiber, a sulphide fiber, a selenides fiber, or a telluride fiber, or a combination of these or other fiber types.

In other embodiments, a first wavelength shifter coupled to a pump laser may be capable of shifting an optical signal wavelength to approximately 2 microns. The first wavelength shifter may comprise, for example, a fused silica optical fiber capable of shifting the shorter pump laser wavelength to approximately two (2) microns. In that example, a second Raman wavelength shifter is coupled to the first Raman wavelength shifter and is capable of shifting the two (2) micron signal to a wavelength in the five (5) to seven (7) micron range. In that example, the second Raman wavelength shifter comprises a chalcogenide glass fiber.

FIG. 6A compares a surgical incision made using a 2.94 micron optical signal wavelength to a surgical incision made using a 6.45 micron optical signal wavelength. This figure illustrates that tissue damage, such as denatured tissue, can result when a medical device implements a 2.94 micron optical signal wavelength. This tissue damage tends to result from the protein temperatures in the tissue do not uniformly exceed the water temperature in the aqueous components of the tissue.

Compared to the incision performed using the 2.94 micron optical signal wavelength, the incision made using the 6.45 micron optical signal has little or no denatured tissue. This reduction in collateral tissue damage is based at least in part on the tissue's ability to absorb differential energy. For example, when using an optical signal wavelength at approximately 6.45 microns to create an incision, the protein temperatures in the tissue and the protein begins to transform into brittle denatured protein. The brittle fracture of the proteins at the onset of explosive vaporization leads to the confinement of collateral damage. Therefore, the use of a 6.45 micron optical signal wavelength as a tissue cutting implement may minimize collateral tissue damage during laser-based surgery. By using an optical signal wavelength of 6.45 microns with a medical scope-type device, "clean" surgery may be performed for many medical procedures, such as removing cancerous polyps. Similar results can be obtained using an optical signal wavelength in the five (5) to seven (7) micron range.

FIG. 6B illustrates example evanescent spectra in different cell-type regions (using a mouse as the biological sample). This figure illustrates that cancerous cells tend to show a distinct reduction 700 in transmission at an optical signal wavelength of approximately 6.1 microns. Medical professionals can exploit this spectral signature in various medical procedures, such as a procedure for the early detection of cancer. Thus, an optical signal wavelength in the mid-IR range may be used to perform a medical procedure for the early detection of tissue abnormalities such as cancer cells. In other embodiments, an optical signal wavelength in the mid-IR range can be used in a diagnostic procedure, such as spectroscopy. Diagnostic techniques capable of using the mid-IR optical signal wavelength include, for example, trans-

16

mission, reflection, fluorescence, and near field microscopy. Although specific examples of spectroscopy are discussed, any other appropriate form of spectroscopy may be used without departing from the scope of this disclosure.

To improve the signal-to-noise ratio of a spectroscopic measurement such as in FIG. 6B, several methodologies may be used. First, a differential measurement may be taken between a known cancer-free area and the suspect area, for example, differential spectroscopy rather than absolute spectroscopy. In addition, measurements may be taken at several wavelengths and compared to each other. For example, measuring the differential transmission of the tissue at two or more wavelengths, such as 5 microns and 6.1 microns, may improve the signal-to-noise ratio of the cancer cell signature.

FIG. 7 illustrates example attenuation characteristics of several optical fibers based on wavelength. This example shows that fused silica ($SiO_2$) fibers become lossy above approximately 2 microns in wavelength, while mid-IR optical fibers remain relatively loss-less above 2 microns. A mid-IR fiber may comprise any optical fiber capable of at least partially transmitting for at least a portion of the mid-IR range. For example, a mid-IR fiber may comprise a chalcogenide fiber, such as a Sulfide fiber, a Selenide fiber, or a Telluride fiber. Therefore, in some cases, a pump source coupled to a medical device, such as medical device 400 of FIG. 3, may comprise a high powered pump source coupled to a Raman wavelength shifter comprising a mid-IR fiber. In a particular embodiment, such a pump source may operate in a pulsed mode or in a continuous wave mode. The power levels required depend on the particular application. For example, spectroscopy may require a relatively low power level, while surgery may require a relatively high power level.

Conventional surgical devices capable of using a 5.0 to 6.5 micron optical signal wavelength typically implement a Free Electron Laser (FEL) pump source. However, a FEL pump source is a large and very expensive facility that tends to be impractical for surgical applications. Unlike conventional surgical devices, a medical device, such as device 400 of FIG. 3, can include a pump laser coupled to one or more Raman wavelength shifters capable of shifting a shorter signal wavelength to a longer signal wavelength. In that example, at least a portion of the Raman wavelength shifter can be implemented in a waveguide structure. In various embodiments, the longer signal wavelength can comprise, for example, an optical signal wavelength in the mid-IR wavelength range. Coupling a pump laser to one or more Raman wavelength shifters can result in a commercially and economically viable optical cutting implement for use in a medical device. In addition, coupling a pump laser to one or more Raman wavelength shifters can result in a significantly smaller footprint area than a FEL pump source and can significantly reduce the cost.

Conventional wavelength shifters or oscillators are typically implemented in fused silica fiber. The loss associated with fused silica fiber tends to increase rapidly for optical signal wavelengths greater than about 2 or 2.3 microns. Unlike conventional wavelength shifters, a medical device, such as device 400 of FIG. 3, can include a Raman wavelength shifter or oscillator that is capable of transmitting in the mid-IR wavelength range, such as chalcogenide optical fibers.

FIGS. 8A through 8D are block diagrams illustrating example embodiments of Raman wavelength shifters and/or Raman oscillators capable of shifting a shorter pump signal wavelength to a longer output signal wavelength. Although particular examples of wavelength shifters are described in

**17**

FIGS. 8A through 8D, any other Raman wavelength shifter can be implemented without departing from the scope of the present disclosure.

FIG. 8A is a block diagram illustrating one example of a Raman wavelength shifter 800 capable of shifting a shorter pump signal 810 wavelength to a longer output signal wavelength 812. In this example, Raman wavelength shifter 800 operates to generate an optical signal wavelength 812 of 1.7 microns or more. In various embodiments, Raman wavelength shifter 800 can operate to generate an optical signal wavelength 812 in the mid-IR wavelength range. In other embodiments, Raman wavelength shifter 800 can operate to generate an optical signal wavelength 812 a wavelength in the five (5) to seven (7) micron range. In various embodiments, pump signal 810 can comprise, for example, a 1310 nanometer (nm) wavelength, 1390 nm wavelength, 1510 nm wavelength, or other optical signal wavelength.

Raman wavelength shifter includes a gain fiber 804 operable to facilitate shifting pump signal 810 to a desired wavelength. Gain fiber 804 may comprise any waveguide structure capable of wavelength shifting pump signal 810 to a longer wavelength or a different Raman cascade order. In this particular embodiment, gain fiber 804 comprises an optical fiber. The optical fiber used as gain fiber 804 may comprise, for example, a dispersion compensating fiber, a dispersion shifter fiber, a single mode fiber, a chalcogenide fiber, a fused silica optical fiber, or a combination of these or other fiber types. Raman wavelength shifter 800 also includes a broadband reflector 802 operable to substantially reflect all optical signal wavelengths contained within Raman wavelength shifter 800 and a pump signal coupler 806. Reflector 802 may comprise any device capable of reflecting a wide range of wavelength signals, such as a mirror. Pump signal coupler 806 may comprise any device capable of coupling pump signal 810 to Raman wavelength shifter 800, such as a wavelength division multiplexer or a power coupler.

In this example, Raman wavelength shifter 800 further includes a wavelength separator 808 capable of transmitting at least a portion of the desired wavelength from Raman wavelength shifter 800. In addition, wavelength separator 808 operates to at least partially reflect a desired wavelength to gain medium 804 to continue lasing at the desired wavelength or wavelengths. In this particular embodiment, a cavity is formed between reflector 802 and wavelength separator 808. Separator 808 could comprise, for example, a demultiplexer, one or more partially transmissive gratings, one or more partially transmitting mirrors, one or more Fabry Perot filters, one or more dielectric gratings, or any combination of these or other devices.

FIG. 8B is a block diagram illustrating one example of a Raman wavelength shifter 820 capable of shifting a shorter pump signal 830 wavelength to a longer output signal wavelength 832. In this example, Raman wavelength shifter 820 operates to generate an optical signal wavelength 832 of 1.7 microns or more. In various embodiments, Raman wavelength shifter 820 operates to generate an optical signal wavelength 832 in the mid-IR wavelength range. In other embodiments, Raman wavelength shifter 820 operates to generate an optical signal wavelength 832 a wavelength in the five (5) to seven (7) micron range. In various embodiments, pump signal 830 can comprise, for example, a 1310 nanometer (nm) wavelength, 1390 nm wavelength, 1510 nm wavelength, or other optical signal wavelength.

In this example, Raman wavelength shifter 820 includes a reflector 822, a gain fiber 824, a pump input coupler 826, and a wavelength separator 828. In various embodiments, the structure and function of reflector 822, gain fiber 824, coupler

**18**

826, and separator 828 can be substantially similar to reflector 802, gain fiber 804, coupler 806, and separator 808 of FIG. 8A, respectively. In this particular embodiment, at least a portion of gain fiber 824 can comprise a chalcogenide fiber.

Raman wavelength shifter 820 may also include at least a first selecting element 825a and a second selecting element 825b. Although this example may also include two selecting elements 825a and 825b, any number of selecting elements can be used without departing from the scope of the present disclosure. Selecting elements 825a and 825b can comprise any device, such as a dielectric grating or one or more Fabry Perot filters. Each selecting element operates to transmit a portion of a desired wavelength to be output from Raman wavelength shifter 820. In addition, each selecting element 825a and 825b operates to at least partially reflect a desired wavelength to gain medium 824 to allow wavelength shifter 820 to continue lasing at the desired wavelength or wavelengths. In this particular embodiment, an optical cavity is formed between reflector 822 and selecting element 825a and/or selecting element 825b.

FIG. 8C is a block diagram illustrating one example of a Raman wavelength shifter 840 capable of shifting a shorter pump signal 850 wavelength to a longer output signal wavelength 852. In this example, Raman wavelength shifter 840 operates to generate an optical signal wavelength 852 of 1.7 microns or more. In various embodiments, Raman wavelength shifter 840 operates to generate an optical signal wavelength 852 in the mid-IR wavelength range. In other embodiments, Raman wavelength shifter 840 operates to generate an optical signal wavelength 852 a wavelength in the five (5) to seven (7) micron range. In various embodiments, pump signal 850 can comprise, for example, a 980 nanometer (nm) wavelength, a 1060 nm wavelength, a 1310 nm wavelength, a 1390 nm wavelength, a 1510 nm wavelength, or other optical signal wavelength.

In this example, Raman wavelength shifter 840 includes a gain fiber 844, a pump input coupler 846, and selecting elements 845. In various embodiments, the structure and function of gain fiber 844, coupler 826, selecting elements 845, and output coupler 848 can be substantially similar to gain fiber 824, coupler 826, selecting elements 825, and coupler 828 of FIG. 8B, respectively. In this particular embodiment, at least a portion of gain fiber 824 can comprise a chalcogenide fiber.

The example illustrated in FIG. 8C differs from the example illustrated in FIG. 8B in that wavelength shifter 840 implements a plurality of selecting gratings 847a-847n each centered on a different wavelength of a reflection band. Although this example includes three gratings, any number of gratings can be used without departing from the scope of the present disclosure. Gratings 847a-847n can comprise any device, such as a high-reflectivity dielectric grating. In this particular example, each grating 847a-847n comprises a grating with a reflectivity between ninety-five (95) to one hundred (100) percent at the center wavelength. Gratings 847a-847n operate to facilitate cascading of pump signal 850 to a desired output wavelength. In this particular embodiment, an optical cavity is formed between selecting elements 845 are gratings 847.

FIG. 8D is a block diagram illustrating one example of a Raman wavelength shifter 860 capable of shifting a shorter pump signal 870 wavelength to a longer output signal wavelength 832. In this example, Raman wavelength shifter 860 operates to generate an optical signal wavelength 872 of 1.7 microns or more. In various embodiments, Raman wavelength shifter 860 operates to generate an optical signal wavelength 872 in the mid-IR wavelength range. In other embodi-

US 7,633,673 B1

**19**

ments, Raman wavelength shifter 860 operates to generate an
optical signal wavelength 872 a wavelength in the five (5) to
seven (7) micron range. In various embodiments, pump signal
870 can comprise, for example, a 980 nm wavelength, a 1060
nm wavelength, a 1310 nm wavelength, a 1390 nm wave-
length, a 1510 nm wavelength, or other optical signal wave-
length.

In this example, Raman wavelength shifter 860 includes a
gain fiber 864, a pump input coupler 866, selecting elements
864, reflective gratings 867, and an output coupler 868. In
various embodiments, the structure and function of gain fiber
864, input coupler 866, elements 864, gratings 867, and out-
put coupler 868 can be substantially similar to gain fiber 844,
coupler 846, elements 845, gratings 847, and coupler 848 of
FIG. 8C, respectively. Although example elements are illus-
trated, Raman wavelength shifter 860 may include some,
none, or all of these elements. For example, in some embodi-
ments, pump input coupler 866 and/or output coupler 868
may be optional.

The example illustrated in FIG. 8D differs from the
example illustrated in FIG. 8C in that wavelength shifter 860
implements a Q-switcher 863 capable of transitioning from a
reflective state to a transmissive state. Q-switcher 863 can
comprise a device or combination of devices having a vari-
able loss. For example, Q-switcher may comprise one or more
moving mirrors, electro-optic switches, saturable absorbers,
or a combination of these or other optical devices. In some
cases, Q-switcher 863 can initially operate as a reflective
mirror so that optical signal energy may build-up within the
laser cavity. After the laser cavity contains a sufficient amount
of optical energy, Q-switcher 863 can operate to substantially
transmit the desired optical signal wavelength in the form of
a relatively large pulse or burst. In various embodiments,
Q-switcher 863 may be capable of providing an output signal
having a pulse width in the range of two (2) nanoseconds to
one hundred (100) milliseconds. In other embodiments,
Q-switcher 863 may be capable of providing an output signal
having a pulse repetition rate in the range of two (2) hertz to
one hundred (100) megahertz.

FIGS. 9A through 9C are block diagrams illustrating
example embodiments of pump sources that are capable of
generating a pump signal for use in a Raman wavelength
shifter. Although particular examples of pump sources are
described in FIGS. 9A through 9C, any other pump source
can be implemented without departing from the scope of the
present disclosure.

FIG. 9A is a block diagram illustrating one example
embodiment of a pump source 900 capable of being coupled
to a Raman wavelength shifter and/or a Raman oscillator.
Pump source 900 can comprise any device capable of gener-
ating an optical signal at a desired wavelength and power. For
example, pump source 900 can comprise a solid state laser,
such a Nd:YAG or Nd:YLF laser, a semiconductor laser, a
laser diode, a cladding pump fiber laser, or any combination
of these or other light sources. In this example, pump source
900 comprises a high powered laser 902 coupled to a Raman
oscillator or a Raman wavelength shifter, such as Raman
wavelength shifters 800, 820, 840, or 860 of FIGS. 8A
through 8D.

FIG. 9B is a block diagram illustrating one example
embodiment of a pump source 920 capable of being coupled
to a Raman wavelength shifter and/or a Raman oscillator. In
this example, pump source 920 includes a pump laser 922 and
an intermediate stage 924 capable of shifting the optical sig-
nal wavelength generated by pump laser 922 to a longer
wavelength. The structure and function of laser 922 may be
substantially similar to the structure and function of pump

**20**

source 900 of FIG. 9A. In this particular example, interme-
diate state 924 comprises a first Raman wavelength shifter
924. In some embodiments, intermediate wavelength shifter
924 may advantageously be implemented using fused silica
optical fiber.

In some embodiments, pump sources 900 and 920 may
comprise a cladding-pumped fiber laser, capable of emitting
a pump signal wavelength of approximately 1 micron. In
those examples, pump sources 900 and 920 can be coupled to
a first or auxiliary cascaded Raman oscillator or Raman wave-
length shifter. In some cases, the auxiliary Raman oscillator
or Raman wavelength shifter may comprise, for example,
Raman wavelength shifters 800, 820, 840, or 860 of FIGS. 8A
through 8D implementing a fused silica optical fiber. Such an
arrangement may be used to shift the 1 micron optical signal
to approximately 2 to 2.3 microns. The 2-2.3 micron signal
output from the auxiliary Raman wavelength shifter can then
be shifted to a mid-IR wavelength by another cascaded Raman
oscillator or Raman wavelength shifter that implements a
mid-IR fiber.

FIG. 9C is a block diagram illustrating one example
embodiment of a pump source 940 capable of being coupled
to a Raman wavelength shifter and/or a Raman oscillator. In
this example, pump source 940 includes a pump laser 942 and
a multiplexer 944 capable of combining a plurality of pump
signals into a pump output signal. In this particular example,
pump source 900 comprises a first laser diode 942a and a
second laser diode 942b each centered at a desired wave-
length and capable of generating pump signals 943a and
943b. Although this example includes two laser diodes, any
number of laser diodes may be used without departing from
the scope of the present disclosure. In various embodiments,
laser diodes 942a and 942b can be centered on substantially
the same wavelength, such as 980 nm, 1310 nm, 1390 nm,
14xx nm, or 1510 nm. In this particular, pump signals 943a
and 943b are combined by multiplexer 944. Multiplexer 944
can comprise any device capable of combining pump signals
943, such as a wavelength division multiplexer. In various
embodiments, multiplexer 944 can be capable of polarization
and/or wavelength multiplexing pump signals 943a and 943b
to form a pump output signal.

In some embodiments, a Raman wavelength shifter, such
as those illustrated in FIGS. 8A through 8D, may be used to
deliver an optical signal wavelength directly to the patient. In
other embodiments, a second mid-IR waveguide structure,
that at least partially transmits in at least a portion of the
mid-IR wavelength range, may be coupled to the output of the
Raman wavelength shifter to deliver the optical signal wave-
length to the patient. Coupling a second mid-IR waveguide
structure to the Raman wavelength shifter can advanta-
geously allow the delivery waveguide structure to be disposed
after use within the patient. In addition, coupling a second
mid-IR waveguide structure can substantially reduce the
chance of breaking a fiber associated with a Raman wave-
length shifter. Furthermore, it may be desirable to couple a
tapered end or lens on the delivery fiber for improved focus-
ing of optical signal on the patient.

In various embodiments, an optical signal wavelength is
capable of being delivered to a medical device inserted into a
patient using a waveguide structure having a relatively low
coupling loss. In some cases, the waveguide structure main-
tain the coupling loss to, for example, 5 dB or less, 3 dB or
less, or even less than 1 dB.

Although the present invention has been described with
several embodiments, a multitude of changes, substitutions,
variations, alterations, and modifications may be suggested to
one skilled in the art, and it is intended that the invention

US 7,633,673 B1

21

22

encompass all such changes, substitutions, variations, alterations, and modifications as fall within the spirit and scope of the appended claims.

What is claimed is:

1. A mid-infrared light source, comprising:
a multiplexer operable to combine a first laser signal and a second laser signal to generate a first optical signal, the first optical signal comprising one or more wavelengths;
a gain fiber coupled to the multiplexer and operable to receive at least the first optical signal, the gain fiber comprising a first waveguide structure;
a second waveguide structure coupled to the gain fiber and operable to wavelength shift at least one wavelength of the first optical signal to a longer wavelength optical signal, the longer wavelength optical signal comprising a wavelength in the range of 1.7 microns or more, the second waveguide structure comprising a wavelength shifting fiber coupled to a nonlinear element, wherein the wavelength shifting fiber operates to wavelength shift the at least one wavelength of the first optical signal to a second optical wavelength and the nonlinear element operates to wavelength shift the second optical wavelength to the longer wavelength optical signal, and wherein the wavelength shifting fiber is substantially different than the nonlinear element.

2. The mid-infrared light source of claim 1, wherein the gain fiber and the wavelength shifting fiber comprise a cladding-pumped fiber laser.

3. The mid-infrared light source of claim 1, wherein at least a portion of the nonlinear element is an optical waveguide comprising a material selected from the group consisting of ZBLAN, sulfide, selenide, and telluride.

4. The mid-infrared light source of claim 1, wherein the nonlinear element comprises an oscillator comprising one or more reflectors surrounding a material with a nonlinear optical effect.

5. The mid-infrared light source of claim 1, wherein at least a portion of the longer wavelength optical signal is adapted for use in a medical procedure selected from the group consisting of:
a diagnostic procedure to detect tissue abnormalities,
a tissue damaging ablation procedure with reduced collateral damage,
a selective damaging ablation procedure using wavelengths in a range of approximately 3.2 to 4 microns,
a differential spectroscopic measurement based at least in part on a comparison of measurements taken from different portions of a sample, and
a measurement based at least in part on a comparison of a plurality of wavelengths transmitted through a material.

6. A mid-infrared medical apparatus, comprising:
a light source comprising:
a gain fiber operable to receive at least a first optical signal comprising one or more wavelengths, the gain fiber comprising a first waveguide structure;
a second waveguide structure coupled to the gain fiber and operable to wavelength shift at least one wavelength of the first optical signal to a longer wavelength optical signal, the longer wavelength optical signal comprising a wavelength in the range of 1.7 microns or more, the second waveguide structure comprising a wavelength shifting fiber coupled to a nonlinear element, wherein the wavelength shifting fiber operates to wavelength shift the at least one wavelength of the first optical signal to a second optical wavelength and the nonlinear element operates to wavelength shift the second optical wavelength to the longer wavelength

optical signal, and wherein the wavelength shifting fiber is substantially different than the nonlinear element;
a scope coupled to the light source, the scope receiving at least a portion of the longer wavelength optical signal, the scope adapted to be inserted into a patient's body during a medical procedure, the scope comprising:
an insertable portion comprising a transmission waveguide structure adapted for guiding the portion of the longer wavelength optical signal to a tissue sample, wherein the portion of the longer wavelength optical signal is adapted to perform a damaging procedure or diagnostics on the tissue sample; and
a base portion comprising a proximal end, a distal end, a controller and a mechanical motion system to manipulate a movement of the insertable portion, the base portion coupled to the light source at the proximal end and coupled to the insertable portion at the distal end.

7. The mid-infrared medical apparatus of claim 6, wherein the damaging procedure is adapted to reduce collateral damage on the tissue sample by having at least a part of the portion of the longer wavelength optical signal in a range between approximately 3.2 and 4 microns.

8. The mid-infrared medical apparatus of claim 6, wherein the damaging procedure is selective damage that is adapted to preferentially damage anomalous tissue compared with normal tissue based on a higher absorption in the anomalous tissue.

9. The mid-infrared medical apparatus of claim 6, wherein the diagnostics comprises the portion of the longer wavelength optical signal adapted for use in a measurement based at least in part on a comparison of a plurality of wavelengths transmitted or reflected from the tissue sample.

10. The mid-infrared medical apparatus of claim 6, wherein the nonlinear element comprises an oscillator comprising one or more reflectors surrounding a material with a nonlinear optical effect.

11. The mid-infrared medical apparatus of, claim 10, wherein the gain fiber and the wavelength shifting fiber comprise a cladding-pumped fiber laser.

12. The mid-infrared medical apparatus of claim 6, wherein at least a portion of the nonlinear element is an optical waveguide comprising a material selected from the group consisting of ZBLAN, sulfide, selenide, fused silica, and telluride.

13. A mid-infrared light source, comprising:
a multiplexer operable to combine a first laser signal and a second laser signal to generate a first optical signal, the first optical signal comprising one or more wavelengths;
a gain fiber coupled to the multiplexer and operable to receive at least the first optical signal;
a wavelength shifting structure coupled to the gain fiber and operable to wavelength shift at least one wavelength of the first optical signal to a longer wavelength optical signal, the longer wavelength optical signal comprising a wavelength in the range of 1.7 microns or more, the wavelength shifting structure comprising a wavelength shifting fiber coupled to a nonlinear oscillator, wherein the wavelength shifting fiber operates to wavelength shift the at least one wavelength of the first optical signal to a second optical wavelength and the nonlinear oscillator operates to wavelength shift the second optical wavelength to the longer wavelength optical signal, and wherein the wavelength shifting fiber is substantially different than the nonlinear oscillator.

US 7,633,673 B1

23

14. The mid-infrared light source of claim 13, wherein the first laser signal operates at approximately 980 nm and the gain fiber comprises at least in part a cladding pumped fiber.

15. The mid-infrared light source of claim 13, wherein the wavelength shifting fiber comprises one or more gratings.

16. The mid-infrared light source of claim 13, wherein the gain fiber and the wavelength shifting fiber comprise a cladding-pumped fiber laser.

17. The mid-infrared light source of claim 13, wherein the nonlinear oscillator comprises one or more reflectors surrounding a nonlinear element.

18. The mid-infrared light source of claim 17, wherein the nonlinear oscillator comprises a cascaded Raman oscillator and the nonlinear element is an optical fiber.

19. The mid-infrared light source of claim 13,

wherein the gain fiber comprises at least in part a cladding pumped fiber;

wherein the wavelength shifting fiber comprises one or more gratings; and

24

wherein the nonlinear oscillator comprises one or more reflectors surrounding a nonlinear element.

20. The mid-infrared light source of claim 13, wherein at least a portion of the longer wavelength optical signal is adapted for use in a medical procedure selected from the group consisting of:

a diagnostic procedure to detect tissue abnormalities,

a tissue damaging procedure with reduced collateral damage,

a selective damaging procedure using wavelengths in a range of approximately 3.2 to 4 microns,

a differential spectroscopic measurement based at least in part on a comparison of measurements taken from different portions of a sample, and

a measurement based at least in part on a comparison of a plurality of wavelengths transmitted through a material.

*  *  *  *  *

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.        : 7,633,673 B1                                    Page 1 of 1
APPLICATION NO. : 12/206432
DATED               : December 15, 2009
INVENTOR(S)      : Mohammed N. Islam

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Column 21:

Line 42: after "a tissue damaging" delete "ablation".

Line 44: after "a selective damaging" delete "ablation".

Signed and Sealed this

Second Day of February, 2010

David J. Kappos
Director of the United States Patent and Trademark Office