# In The United States Court of Federal Claims

No. 11-255C

(Filed: September 21, 2011)

_____

CHEETAH OMNI, LLC,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

On September 19, 2011, plaintiff filed an unopposed motion for extension of time to response to defendant's motion to dismiss. In that motion plaintiff also requested to convert defendant's motion to dismiss for failure to state a claim into a motion for summary judgment, or, in the alternative, for an extension of time under RCFC 6 to oppose defendant's motion. The court has reviewed defendant's motion to dismiss and has determined that it will not convert it to a motion for summary judgment. Accordingly:

1. The motion is hereby **GRANTED**, in part, and **DENIED**, in part;

2. The court hereby strikes the affidavits in question and all specific contentions based thereon;

3. On or before October 19, 2011, plaintiff shall respond to the remaining portions of the motion to dismiss; and

4. On or before November 7, 2011, defendant shall file its reply in support of its motion to dismiss.

**IT IS SO ORDERED.**

                                      s/ Francis M. Allegra
                                      Francis M. Allegra
                                      Judge