# In The United States Court of Federal Claims

No. 11-255C

(Filed: January 6, 2012)

_____

CHEETAH OMNI, LLC,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**
_____

    A telephonic status conference will be held in this case on Tuesday, January 18, 2012, at 10:00 a.m. (EST). Chambers will contact the parties shortly before the scheduled conference time.

    **IT IS SO ORDERED.**

                                                 s/ Francis M. Allegra
                                                 Francis M. Allegra
                                                 Judge