# In The United States Court of Federal Claims

No. 11-255C

(Filed: January 18, 2012)

_____

CHEETAH OMNI, LLC,

            Plaintiff,

      v.

THE UNITED STATES,

            Defendant.

_____

**ORDER**

_____

A status conference was held today in this case. Participating in the conference were Winston Oliver Huff, on behalf of plaintiff, and Benjamin Speake Richards, on behalf of defendant. Pursuant to the discussion at the conference, the court hereby orders the following:

1. On or before February 17, 2012, defendant shall file a status report indicating the status of the procurement referenced in plaintiff's complaint; and

2. Further consideration of defendant's motion to dismiss is hereby **STAYED** until further order.

**IT IS SO ORDERED.**

                                            s/ Francis M. Allegra
                                            Francis M. Allegra
                                            Judge