# In The United States Court of Federal Claims

No. 11-255C

(Filed: March 6, 2012)

_____

CHEETAH OMNI, LLC,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

A status conference was held today in this case. Participating in the conference were Winston Oliver Huff, on behalf of plaintiff, and Benjamin Speake Richards, on behalf of defendant. Pursuant to the discussion at the conference, the court hereby orders the following:

1. Within two weeks of the resolution of the GAO protest of the procurement referenced in plaintiff's complaint, defendant shall file a status report notifying the court of this resolution; and

2. This case is hereby **STAYED** until further order.

**IT IS SO ORDERED.**

                                          s/ Francis M. Allegra
                                          Francis M. Allegra
                                          Judge