# In The United States Court of Federal Claims

No. 11-255C

(Filed:  March 14, 2012)

_____

CHEETAH OMNI, LLC,

        Plaintiff,

    v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

On March 6, 2012, defendant filed an unopposed motion to issue notices to two interested third parties pursuant to RCFC 14(b).  The motion is hereby **GRANTED**.  The Clerk is directed to issue notices as specified in RCFC 14(b)(3) to defendant for service upon BAE Systems Information and Electronic Systems Integration, Inc. and Northrop Grumman Systems Corporation.

    **IT IS SO ORDERED.**

                     s/ Francis M. Allegra
                     Francis M. Allegra
                     Judge