# In The United States Court of Federal Claims

No. 11-255C

(Filed: April 19, 2012)
_____

CHEETAH OMNI, LLC,

                Plaintiff,

v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**
_____

On March 15, 2012, the Clerk issued notices as specified in RCFC 14(b) to defendant for service upon interested parties BAE Systems Information and Electronic Systems Integration, Inc. and Northrop Grumman Systems Corporation. Under RCFC 14(c), a person served with a notice issued under this rule may file an appropriate pleading setting forth the person's interest within forty-two days of service of the notice. This deadline is hereby **STAYED** until further order.

      **IT IS SO ORDERED.**

                                            s/ Francis M. Allegra
                                            Francis M. Allegra
                                            Judge