# In The United States Court of Federal Claims

No. 11-255C

(Filed: July 16, 2012)

_____

CHEETAH OMNI, LLC,

                Plaintiff,

v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

On July 12, 2012, defendant filed an unopposed motion for a 46-day extension of time in which to file its response to plaintiff's amended complaint. The motion is hereby **GRANTED, in part,** and **DENIED, in part**. On or before August 8, 2012, defendant shall file its response. **No further extensions will be granted.**

      **IT IS SO ORDERED.**

                                              s/ Francis M. Allegra
                                              Francis M. Allegra
                                              Judge