# In The United States Court of Federal Claims

No. 11-255C

(Filed: October 3, 2012)

_____

CHEETAH OMNI, LLC,

                Plaintiff,

v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

A telephonic preliminary status conference will be held in this case on Wednesday, October 17, 2012, at 2:00 p.m. (EST). Chambers will contact the parties shortly before the scheduled conference time.

    **IT IS SO ORDERED.**

                                        s/ Francis M. Allegra  
                                        Francis M. Allegra  
                                        Judge