# In The United States Court of Federal Claims

No. 11-255C

(Filed:  October 5, 2012)
_____

CHEETAH OMNI, LLC,

        Plaintiff,

        v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**
_____

On March 15, 2012, the Clerk issued notices as specified in RCFC 14(b) to defendant for service upon interested parties BAE Systems Information and Electronic Systems Integration, Inc. ("BAE Systems") and Northrop Grumman Systems Corporation ("Northrop Grumman"). On April 19, 2012, the court stayed the deadline imposed by RCFC 14(c)(2).  The court hereby lifts the April 19, 2012 stay.  Accordingly, on or before November 2, 2012, BAE Systems and Northrop Grumman shall comply with the requirements set forth in RCFC 14(c)(1).

**IT IS SO ORDERED.**

                                                  s/ Francis M. Allegra
                                                  Francis M. Allegra
                                                  Judge