# In The United States Court of Federal Claims

No. 11-255C

(Filed: October 9, 2012)

_____

CHEETAH OMNI, LLC,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

The telephonic preliminary status conference that was originally scheduled for October 17, 2012, has been rescheduled for November 16, 2012, at 2:00 p.m. (EST).  Chambers will contact the parties shortly before the scheduled conference time.

    **IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge