# In The United States Court of Federal Claims

No. 11-255C

(Filed: November 19, 2012)

_____

CHEETAH OMNI, LLC,

        Plaintiff,

        v.

THE UNITED STATES,

        Defendant,

BAE SYSTEMS INFORMATION &
ELECTRONIC SYSTEMS INTEGRATION,
INC.

        and

NORTHROP GRUMMAN SYSTEMS
CORPORATION,

        Third-Party Defendants.

_____

**ORDER**

_____

On November 16, 2012, a status conference was held in this case. Participating in the conference were Winston O. Huff, for plaintiff, Benjamin S. Richards, for defendant, Mark M. Supko, for third-party defendant BAE Systems Information & Electronic Systems Integration, Inc., and William C. Bergmann, for third-party defendant Northrop Grumman Systems Corporation (Northrop). As agreed upon by the parties at the conference, the court hereby orders that, on or before November 30, 2012, either: (1) plaintiff and third-party defendant Northrop shall file a stipulation dismissing Northrop from this case without prejudice; or (2) Northrop shall file a notice that it will continue to participate in this case as a third-party defendant.

    **IT IS SO ORDERED.**

                                        s/ Francis M. Allegra
                                        Francis M. Allegra
                                        Judge