# In The United States Court of Federal Claims

No. 11-255C

(Filed:  June 7, 2013)

_____

CHEETAH OMNI, LLC,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant,

  and

BAE SYSTEMS INFORMATION &
ELECTRONIC SYSTEMS INTEGRATION,
INC. ,

        Third-Party Defendant.

_____

**ORDER**

_____

On April 2, 2013, third-party defendant BAE Systems Information and Electronic Systems Integration, Inc. and defendant the United States filed a motion to stay this case in its entirety pending completion of an *inter partes* review of U.S. Patent No. 7,633,673 (the patent-in-suit or the '673 patent) by the United States Patent and Trademark Office.  Plaintiff opposes the motion.  The motion is hereby **GRANTED**, **in part**, and **DENIED**, **in part**.  Accordingly:

1.    This case is hereby **STAYED** until further order; and

2.    Defendant shall file a status report notifying the court of a decision from the Patent and Trademark Office granting or denying the petition for *inter partes* review within two weeks of the decision.

**IT IS SO ORDERED.**

                                    s/Francis M. Allegra
                                    Francis M. Allegra
                                    Judge