# In The United States Court of Federal Claims

No. 11-255C

(Filed: July 11, 2013)

_____

CHEETAH OMNI, LLC,

        Plaintiff,

  v.

THE UNITED STATES,

        Defendant,

  and

BAE SYSTEMS INFORMATION &
ELECTRONIC SYSTEMS INTEGRATION,
INC.,

        Third-Party Defendant.

_____

**ORDER**

_____

On April 2, 2013, the court stayed this case until further order and required defendant to notify the court of a decision from the Patent and Trademark Office (PTO) granting or denying the petition for *inter partes* review. On July 10, 2013, defendant notified the court that the PTO granted the petition for *inter partes* review. Accordingly, as a supplement to the April 2, 2013, order, defendant shall file a status report notifying the court of a decision in the *inter partes* review within two weeks of the decision.

**IT IS SO ORDERED.**

                                           s/Francis M. Allegra
                                           Francis M. Allegra
                                           Judge